**LAW OFFICE OF IRENE KARBELASHVILI**
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-013
Fax: (408) 295-0142

Attorneys for JOHN RODGERS, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DUBLIN WINGS, INC, a California corporation, d/b/a HOOTERS BAR & GRILL a/k/a HOOTERS; CHARLES PILLERS and LINDA PILLERS BROWN, collectively in their individual and representative capacity as Trustees of THE FAMILY TRUST OF THE CHARLES PILLERS AND LUCILLE A. PILLERS REVOCABLE LIVING TRUST DATED OCTOBER 14, 1998; MELANIE ANN ADAMO and DEBORAH LOUISE MONTERO, collectively in their individual and representative capacity as Trustees of THE EXEMPTION EQUIVALENT TRUST OF THE DEGENNARO FAMILY TRUST DATED AUGUST 4, 1981; and DOES 1-20, inclusive,<br>　　　　Defendants. | Case No. 16-cv-00441-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

**STIPULATION**

JOHN RODGERS ("Plaintiff") and Defendants DUBLIN WINGS, INC, a California corporation, d/b/a HOOTERS BAR & GRILL a/k/a HOOTERS; CHARLES PILLERS and LINDA PILLERS BROWN, collectively in their individual and representative capacity as Trustees of THE FAMILY TRUST OF THE CHARLES PILLERS AND LUCILLE A. PILLERS REVOCABLE LIVING TRUST DATED OCTOBER 14, 1998; MELANIE ANN ADAMO and DEBORAH LOUISE MONTERO, collectively in their individual and representative capacity as Trustees of THE EXEMPTION EQUIVALENT TRUST OF THE DEGENNARO FAMILY TRUST DATED AUGUST 4, 1981 (collectively "Defendants") stipulate that Plaintiff's complaint in the above-entitled action shall be dismissed with prejudice and all parties shall bear their own costs and fees in the action.

**IT IS SO STIPULATED.**

Dated: October 13, 2016          */s/ Irene Karbelashvili*
                                 Irene Karbelashvili, Attorney for
                                 Plaintiff JOHN RODGERS


Dated: November 3, 2016          */s/ Martin H. Orlick*
                                 Martin H. Orlick, Attorney for
                                 Defendant DUBLIN WINGS, INC.


Dated: October 13, 2016          */s/ Rowena Gargalicanaa*
                                 Rowena Gargalicanaa, Attorney for
                                 Defendants CHARLES PILLERS and LINDA
                                 PILLERS BROWN, collectively in their
                                 individual and representative capacity as
                                 Trustees of THE FAMILY TRUST OF THE
                                 CHARLES PILLERS AND LUCILLE A.
                                 PILLERS REVOCABLE LIVING TRUST
                                 DATED OCTOBER 14, 1998; MELANIE ANN
                                 ADAMO and DEBORAH LOUISE
                                 MONTERO, collectively in their individual and
                                 representative capacity as Trustees of THE
                                 EXEMPTION EQUIVALENT TRUST OF
                                 THE DEGENNARO FAMILY TRUST
                                 DATED AUGUST 4, 1981

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I, Irene Karbelashvili, hereby attest that I received the concurrence of Defendants' counsel in the filing of this document.

/s/ Irene Karbelashvili

## [PROPOSED] ORDER

Having reviewed the above Stipulation for Dismissal with Prejudice by Plaintiff JOHN RODGERS ("Plaintiff") on the one hand and Defendants DUBLIN WINGS, INC, a California corporation, d/b/a HOOTERS BAR & GRILL a/k/a HOOTERS; CHARLES PILLERS and LINDA PILLERS BROWN, collectively in their individual and representative capacity as Trustees of THE FAMILY TRUST OF THE CHARLES PILLERS AND LUCILLE A. PILLERS REVOCABLE LIVING TRUST DATED OCTOBER 14, 1998;   and MELANIE ANN ADAMO and DEBORAH LOUISE MONTERO, collectively in their individual and representative capacity as Trustees of THE EXEMPTION EQUIVALENT TRUST OF THE DEGENNARO FAMILY TRUST DATED AUGUST 4, 1981 (collectively "Defendants") on the other hand,

**IT IS HEREBY ORDERED** that:

1. This action be dismissed with prejudice;
2. All parties shall bear their own costs and fees in the action; and
3. The Clerk shall close the case file.

Dated:__November 4__, 2016

United States ~~District~~ Judge
Magistrate